# Exhibit A

| No. | Name / Seller Alias | E-mail Address |
|---|---|---|
| 1 | benjami1in | chaseood@163.com |
| 2 | cenrarop | etjqcip@163.com |
| 3 | conscientiou | ihmc4f@163.com |
| 4 | fashionaccessoryhub | xeizji4ntn@163.com |
| 5 | DISMISSED | DISMISSED |
| 6 | modernhomedesignn | fqzpxtjz@163.com |
| 7 | blossom LUN | 17875034707@163.com |
| 8 | Charming watermelon | 2136671664@qq.com |
| 9 | DUOERQUAN | 907470527@qq.com |
| 10 | PrimePicks shop | 3289423772@qq.com |
| 11 | Red maple leaf LUN | 1277939661@qq.com |
| 12 | Sunshine Benefit Group | 3904614396@qq.com |
| 13 | XINLaimei | xinlaimei0601@163.com |
| 14 | yanyankeji local | Yanyan20210331@163.com |
| 15 | Btiyuxihu | tiyumaoyhz@126.com |
| 16 | BudgetBrite Store | benbiaoba88@163.com |
| 17 | Facialcream | ruanluhng@126.com |
| 18 | Fish Fish go go | xffej4@163.com |
| 19 | Jingweua | jiangertyer@163.com |
| 20 | LIUggjjun | shahuigang@yeah.net |
| 21 | liushenwshangmao | uwn9qj@163.com |
| 22 | liweijia | duanb4912@163.com |
| 23 | LLiuHY | liuhyfengyi@126.com |
| 24 | luoYQQ | manfengshipin@126.com |
| 25 | made in China | 312544101@qq.com |
| 26 | PennyWise Emporium | 13958708080@139.com |
| 27 | qianzrshangmao | upbb6d@163.com |
| 28 | QuickDeals Mart | caranzawagg@163.com |
| 29 | SavvyMart Depot | naq9ptg@163.com |
| 30 | SmartShop Outlet | q28128@163.com |
| 31 | Somora Linens | huangjinlailai@126.com |
| 32 | Taohuayudianzi | chenqianwmt@126.com |
| 33 | ValueVillage Hub | anibalszyma@163.com |
| 34 | WEIJUUN | junbhweiyoumao@163.com |
| 35 | xuaiyswa | quancaiyun902@126.com |
| 36 | yong3 | wangmiaoshi620378@163.com |
| | | zengtao808@yeah.net |
| | | settlement@mainleaf-law.com |
| | | niu@mainleaf-law.com |

| | | |
|---|---|---|
| | | adamu@au-llc.com |
| | | settlements@nilawfirm.com |
| | | twang@nilawfirm.com |
| | | haihan@yzlaw.com |
| | | che@yzlaw.com |
| | | dane.cloudraker@qq.com |
| | | Huang@yzlaw.com |
| | | lawyerchow98@outlook.com |
| | | lucy-tro@outlook.com |